## SAMUEL STERNS *versus* JAMES MAY

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Rule to join in error, or judgment *p. 483. *Journal 4:* (2) Judgment reversed MS p. 57.

PAPERS IN FILE: (1) Affidavit, petition and precipe for certiorari, allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error.

*1824–36 Calendar*, MS p. 25. Recorded in *Book C*, MS pp. 29–35.